IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

AMERIS BANK, as assignee of the )
Federal Deposit Insurance )
Corporation, receiver of Darby )
Bank & Trust Co., )
)
    Plaintiff, )
)
v. ) CASE NO. CV413-241
)
LEXINGTON INSURANCE CO., )
)
    Defendant and Third-Party )
    Plaintiff, )
v. )
)
COASTAL BIOFUELS, INC. and MARK )
D. LOFTON, )
)
    Third-Party Defendants. )
)



## ORDER

Before the Court is the parties' Stipulation of Dismissal Without Prejudice as to Third-Party Defendant Mark D. Lofton. (Doc. 40.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Third-Party Plaintiff Lexington Insurance Co.'s claims against Third-Party Defendant Lofton are **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED this 12th day of January 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA