# United States District Court
## *Southern District of Georgia*

Ameris Bank, as assignee of the Federal Deposit Insurance
Corporation, receiver of Darby Bank and Trust Co.

### JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV413-241

Lexington Insurance Company

v.

Coastal Biofuels, Inc.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered *its verdict.*

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Court's Order dated 9/21/17, granting defendant's motion for summary

judgment, judgment is entered in favor of Coastal Biofuels, Inc. The Clerk is directed to close the

case.

| | |
|---|---|
| 9/22/17 | Scott L. Poff |
| *Date* | *Clerk* |
| | *Walker Prescott* |
| | *(By) Deputy Clerk* |